IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TYRONE NUNN, SR., Reg. No. #12452-002, Citizen of Heaven and Georgia,<br><br>   Plaintiff,<br><br>v.<br><br>THOMAS TRAYLOR, *et al.*,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 3:14-CV-278-WKW<br>)<br>)<br>)<br>) |

## **ORDER**

On June 16, 2014, the Magistrate Judge filed a Recommendation in this case. (Doc. # 10.) Plaintiff filed a timely objection on June 23, 2014. (Doc. # 11.) Based upon an independent and *de novo* review of those portions of the Recommendation to which objection is made, 28 U.S.C. § 636(b), it is ORDERED that the objection is OVERRULED, and that the Recommendation of the Magistrate Judge is ADOPTED.

Accordingly, it is ORDERED that Plaintiff's case is DISMISSED without prejudice for Plaintiff's failure to pay the full filing and administrative fees upon initiation of this action. An appropriate final judgment will be entered separately.

DONE this 25th day of June, 2014.

              /s/ W. Keith Watkins
            CHIEF UNITED STATES DISTRICT JUDGE